IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258-4 |
| | § | |
| PATRICK LANIER | § | |

**O R D E R**

Defense counsel's motion to withdraw as retained counsel and to be reappointed under the CJA is granted. (Docket Entry No. 126).

SIGNED on May 20, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge