**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIM ACTION NO. H-10-258-4** |
| | § | |
| | § | |
| **PATRICK LANIER** | § | |

## O R D E R

The jury in the above styled case has been empaneled for more than Ten (10) days.

In accordance with 28 U.S.C. § 1871(b)(2), their rate of pay should be increased to $50.00 per day

beginning February 21, 2012.

Accordingly, the Clerk is hereby ORDERED to increase the rate of pay from $40.00 to

$50.00 per day as of February 21, 2012.

SIGNED on February 20, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge