IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-10-258-4 |
| PATRICK LANIER | § | |

# ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on February 27, 2014. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on February 27, 2014 at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge