United States District Court
Southern District of Texas
**ENTERED**
January 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-10-258-04 |
| | § |
| PATRICK LANIER | § |

**O R D E R**

The defendant Patrick Lanier filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 578). The motion for continuance is GRANTED. Objections to the presence report are to be filed by January 30, 2016. Lanier's sentencing hearing is reset to **March 1, 2016 at 9:30 a.m.**

SIGNED on January 22, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge